THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**Tristan B.L. SIEGEL, Petitioner,**

v.

**DEPARTMENT OF STATE, Respondent.**

No. 2012–3039.

United States Court of Appeals, Federal Circuit.

April 10, 2012.

Tristan B.L. Siegel, of Columbia, MD, pro se.

Ellen M. Lynch, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

MOORE, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**QINGDAO TAIFA GROUP CO., LTD., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

v.

**Gleason Industrial Products, Inc. and Precision Products, Inc., Defendants– Cross Appellants.**

Nos. 2011–1595, 2011–1596.

United States Court of Appeals, Federal Circuit.

April 11, 2012.

Louis S. Mastriani, Adduci, Mastriani & Schaumberg, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was William C. Sjoberg.

Michael D. Panzera, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Di-

rector, Patricia M. McCarthy, Assistant Director, and Stephen C. Tosini, Senior Trial Counsel.

LINN, O'MALLEY, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**